UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                              )
    JOHN MICHAEL BECK        )
    SSN: XXX-XX-9546            )
        DEBTOR              )     CASE NUMBER: 11-30582

**MOTION TO TERMINATE
ORDER TO EMPLOYER TO DEDUCT AND REMIT AND FOR RELATED MATTERS**

Comes now Debtor, John Michael Beck, by Counsel, Steven P. Taylor, and in support of said Motion to Terminate Order to Employer to Deduct and Remit and for Related Matters would state as follows:

1. Debtor filed a Voluntary Petition for relief under Chapter 13 of Title 11, United States code on March 2, 2011.

2. Debtor has had a reduction in income.

3. Debtor wishes to dismiss his case.

WHEREFORE the Debtor prays for an Order terminating the Order to Employer to Deduct and to Remit and for Related Matters in favor of Debra L. Miller, Chapter 13 Trustee and for all other relief just and proper in the premises.

Date: August 4, 2011          /s/ Steven P. Taylor
                                  Steven P. Taylor  (18913-49)
                                  Attorney for Debtor
                                  3130 South Lafountain Street, Ste. 1B
                                  Kokomo, IN 46902
                                  Phone:(765) 868-0807
                                  Fax:     (765 450-4063
                                  Email:  sptaylor@bankruptyoffice.net

CERTIFICATE OF SERVICE

The Undersigned hereby certifies that the item attached hereto was mailed to those persons listed below at the addresses shown therein by depositing the same by ECF Notification or by U.S. MAIL on the 4th day of August, 2011, properly addressed with postage prepaid.

HAYNES INTERNATIONAL
ATTN: PAYROLL
1020 WEST PARK AVENUE
POB 9013
KOKOMO, IN 46904-9013

Chapter 13 Trustee
Debra L. Miller

U.S. Trustee

Date: August 4, 2011                              /s/ Steven P. Taylor
                                                  Steven P. Taylor,  (18913-49)

Prepared by:

    /s/ Steven P. Taylor
    Steven P. Taylor  (18913-49)
    Attorney for Debtor
    3130 South Lafountain Street, Ste. 1B
    Kokomo, IN 46902
    Phone:(765) 868-0807
    Fax:    (765 450-4063
    Email:  sptaylor@bankruptyoffice.net