UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                              )
    JOHN MICHAEL BECK,      )
    9546                    )
    ANNA LOUISE BECK        )
    0131                    )
                            )   CASE NO.: 11-30582
            DEBTOR(S).      )

OBJECTION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ABANDONMENT FILED BY HUNTINGTON NATIONAL BANK AS TO THE 2007 NISSAN MURANO

Come now the Debtors, by counsel Steven P. Taylor, and in support of said Objection would state as follows:

1. That Huntington National Bank filed a Motion for Relief From Stay and to Abandon in regards to Debtor's 2007 Nissan Murano.

2. That the Debtor's admit the payments are delinquent.

3. The Debtor's would like an opportunity to catch up the delinquent payments.

WHEREFORE, the Debtors hereby request that the Court deny the Motion for Relief from Automatic Stay and for Abandonment of Property of the 2007 Nissan Murano by Huntington National Bank and all other relief just and proper in the premises.

Respectfully submitted,

/s/ Steven P. Taylor
Steven P. Taylor (18913-49)
Attorney for Debtors
3130 South Lafountain
Kokomo, IN 46902
Phone: (765) 868-0807
Fax:   (765) 450-4063
Email: sptaylor@bankruptcyoffice.net

CERTIFICATE OF SERVICE

The Undersigned hereby certifies that the item attached hereto was served electronically or mailed to those persons listed below at the addresses shown therein by depositing the same by U.S. MAIL on or about the August 19, 2011, properly addressed with postage prepaid.

John L. Day, Jr.
Attorney for Creditor
525 Vine Street, Suite 800
Cincinnati, OH 45202
513-723-2206

Chapter 13 Trustee

/s/ Steven P. Taylor
Steven P. Taylor (18913-49)

Prepared by:
Steven P. Taylor (18913-49)
Attorney for Debtors
3130 South Lafountain
Kokomo, IN 46902
Phone:  (765) 868-0807
Fax:    (765) 450-4063
Email:  sptaylor@bankruptcyoffice.net