UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| JOHN MICHAEL BECK | ) | CASE NO. 11-30582 |
| ANNA LOUISE BECK | ) | CHAPTER 13/llp |
| | ) | |
| DEBTORS | ) | |

**ORDER SETTING FINAL EVIDENTIARY HEARING ON MOTION
FOR RELIEF FROM STAY AND TRIAL INSTRUCTIONS TO PARTIES**

At South Bend, Indiana, on August 23, 2011.

On July 29, 2011, Huntington National Bank filed HUNTING NATIONAL BANK'S MOTION FOR RELIEF FROM STAY AS TO 2007 NISSAN MURANO. On July 29, 2011, notice of the motion was served on parties and creditors in interest. On August 19, 2011, debtors, by counsel, filed objection to the motion. The automatic stay shall remain in full force and effect until further order of the court. It is now

ORDERED and NOTICE is hereby given, that:

1. A FINAL EVIDENTIARY HEARING pursuant to § 362(e) shall be held on said Motion on **September 12, 2011, at 1:30 p.m. South Bend time,** or as soon thereafter as counsel may be heard in the courtroom, Room 201, United States Bankruptcy Courthouse, 401 S. Michigan Street, South Bend, Indiana. The trial has been set at the same time as other final hearings. Trials will be held in the order that counsel for the parties sign in with the Courtroom Deputy Clerk. **Counsel are to report to the Courtroom Deputy Clerk at 1:00 p.m. to mark all exhibits. All parties must appear in person as the court does not have telephonic capabilities in the courtroom.**

2. Parties are to participate in at least one conference prior to the trial. In the event that this proceeding is settled, counsel shall immediately advise the court.

3. Continuances shall be granted only upon verified motion setting out good cause shown filed no later than ten (10) days from the date of this order. Continuances requested by the objecting party **MUST** be consented to by the movant in order to prevent the automatic lifting of the automatic stay pursuant to 11 U.S.C. § 362(e).

4. **Exhibit and witness lists are to be exchanged, and a copy filed with the court, no later than five days prior to the trial. Absent showing good cause, parties will be bound at the trial to the exhibit and witness lists previously exchanged. Failure to provide an exhibit and witness list will mean the failing party can call no witnesses nor offer exhibits at trial.**

5. If counsel anticipate calling a hearing impaired witness, please so advise the Courtroom Deputy Clerk prior to the hearing. If a witness will be referring to or testifying from a documentary exhibit at the hearing, the court directs that counsel provide sufficient copies of the exhibit (or pertinent pages thereof) to enable the court, the law clerk, and all counsel to view the exhibit during the hearing.

6. Absent a showing of good cause, counsel will be limited to one redirect examination and one recross examination of each witness. Pursuant to Federal Rule of Evidence 611(b), cross-examination shall be limited to the subject matter of direct examination and matters affecting witness credibility. Likewise, redirect shall be limited to matters covered on cross.

/s/ HARRY C. DEES, JR.
HARRY C. DEES, JR., JUDGE
UNITED STATES BANKRUPTCY COURT